# ORIGINAL

## DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO: _Daniel Cousins_    SBI#: _425626_

FROM: *Stacy Shane, Support Services Secretary*

RE: **6 Months Account Statement**    0 5 ⁻ 2 1 2

DATE: _March 30, 2005_

---

*Attached are copies of your inmate account statement for the months of*
_September 1, 2004_ *to*    _February 28, 2005_

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 12.61 |
| Oct | 7.70 |
| Nov | 11.36 |
| Dec | 13.57 |
| Jan | 12.20 |
| Feb | 5.41 |
| **Average daily balances/6 months:** | 10.54 |

*Attachments*
CC:  File

_Stacy Shane_
3/30/05

_Mike L_
3/31/05
Notary

# CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _26.34_ on account his/her credit at (name

of institution) _Delaware Correctional Center_ .

I further certify that the applicant has the following securities to his/her credit: _N/A_
_____ .

I further certify that during the past six months the applicant's average monthly balance was $ _10.54_

and the average monthly deposits were $ _15.00_

_3/30/05_                                    _Stacy Shane_
Date                                    Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

# Individual Statement

Date Printed: 3/29/2005

## For Month of September 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|-----|-----------|------------|-----|--------|------------------|
| 00425626 | Cousins | Daniel | R | | $21.35 |

**Current Location:** 22

**Comments:** QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Canteen | 9/8/2004 | ($10.05) | $0.00 | $0.00 | $11.30 | 6950 | | | |
| Canteen | 9/28/2004 | ($10.39) | $0.00 | $0.00 | $0.91 | 13520 | | | |

Ending Mth Balance: $0.91

# Individual Statement

Date Printed: 3/29/2005

## For Month of October 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.91 |
|---|---|---|---|---|---|---|
| 00425626 | Cousins | Daniel | R | | | |
| Current Location: | 22 | | Comments: | QOL3 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 10/18/2004 | $20.00 | $0.00 | $0.00 | $20.91 | 21649 | | | R COUSINS |
| Canteen | 10/26/2004 | ($11.60) | $0.00 | $0.00 | $9.31 | 24733 | 7299913498-37696 | | |
| | | | | Ending Mth Balance: | $9.31 | | | | |

# Individual Statement

Date Printed: 3/29/2005

## For Month of November 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|-----|-----------|------------|----|--------|-----------------|---|
| 00425626 | Cousins | Daniel | R | | $9.31 | |
| Current Location: | 22 | | | Comments: QOL3 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Canteen | 11/9/2004 | ($7.49) | $0.00 | $0.00 | $1.82 | 30266 | | | |
| Mail | 11/15/2004 | $20.00 | $0.00 | $0.00 | $21.82 | 32043 | 7654415411 | | R COUSINS |
| Canteen | 11/23/2004 | ($11.73) | $0.00 | $0.00 | $10.09 | 35436 | | | |

Ending Mth Balance:    $10.09

# Individual Statement

Date Printed: 3/29/2005

Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $10.09 |
|-----|-----------|-----------|-----|--------|------------------|--------|
| 00425626 | Cousins | Daniel | R | | | |

Current Location: 22    Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|-----------|
| Canteen | 12/7/2004 | ($10.08) | $0.00 | $0.00 | $0.01 | 40630 | | | |
| Mail | 12/20/2004 | $30.00 | $0.00 | $0.00 | $30.01 | 45820 | 7300850782 | | R COUSINS |

Ending Mth Balance:    $30.01

# Individual Statement

Date Printed: 3/29/2005

Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $30.01 |
|-----|-----------|------------|-----|--------|-------------------|--------|
| 00425626 | Cousins | Daniel | R | | | |
| Current Location: | 22 | | Comments: QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Canteen | 1/6/2005 | ($12.24) | $0.00 | $0.00 | $17.77 | 53147 | | | |
| Canteen | 1/12/2005 | ($4.98) | $0.00 | $0.00 | $12.79 | 55673 | | | |
| Canteen | 1/19/2005 | ($10.14) | $0.00 | $0.00 | $2.65 | 58301 | | | |
| Pay-To | 1/21/2005 | ($0.23) | $0.00 | $0.00 | $2.42 | 59204 | | DST/POSTAGE | |

Ending Mth Balance:    $2.42

# Individual Statement

Date Printed: 3/29/2005

## For Month of February 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.42 |
|---|---|---|---|---|---|---|
| 00425626 | Cousins | Daniel | R | | | |

Current Location:    22          Comments:   QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/2/2005 | ($2.08) | $0.00 | $0.00 | $0.34 | 63977 | | | |
| Mail | 2/22/2005 | $20.00 | $0.00 | $0.00 | $20.34 | 71641 | 6848908031 | | R COUSINS |

Ending Mth Balance:          $20.34