# 05cv212

# Exhibits

(Only available in paper format per Ron Eberhard; 4-11-05)

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 APR 11  PM 3:59