AO 85 (Rev 4/86) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT
District of **DELAWARE**

Daniel Cousins #425626
Plaintiff

v.

Thomas Carroll Warden D.C.C.
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 05-212-JJF



FILED
MAY - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RECEIPT FOR NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF AO FORM 85 (NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE)

5-5-05
**DATE**

Daniel R Cousins
**SIGNATURE**