IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL R. COUSINS, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 05-212-JJF |
| THOMAS CARROLL, Warden, and M. JANE BRADY, Attorney General of the State of Delaware | : |
| Respondents. | : |

## ORDER

This 22 day of July, 2005,

WHEREAS, respondents having requested an extension of time in which to file an answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before July 22, 2005.

_____
United States District Judge