IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL R. COUSINS, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 05-212-JJF |
| THOMAS L. CARROLL, Warden, and<br>M. JANE BRADY, Attorney General<br>of the State of Delaware, | : |
| Respondents. | : |

ORDER

This 25 day of July, 2005,

WHEREAS, respondents having requested an extension of time in which to file certified portions of the state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents shall file certified portions of the state court records on or before August 5, 2005.

*[signature]*
United States District Judge