IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DANIEL R. COUSINS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-212-JJF |
| | : | |
| **THOMAS L. CARROLL**, Warden, and | : | |
| **M. JANE BRADY**, Attorney General | : | |
| of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Daniel R. Cousins v. State of Delaware*, No. 593, 2003:

 a. appellant's opening brief;

 b. the State's motion to affirm;

 c. the Court's order dated May 13, 2004.

2. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Daniel R. Cousins v. State of Delaware*, 558, 2000:

 a. appellant's opening brief and appendix;

 b. the State's answering brief and appendix;

 c. the Court's order dated November 2, 2001.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: August 2, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on August 2, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and thereafter caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on August 2, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and a copy of the records listed therein) to the following non-registered participant, the petitioner:

> Daniel R. Cousins (No. 00425626)
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977.

/s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondent

Date: August 2, 2005