# M A N D A T E

### THE SUPREME COURT OF THE STATE OF DELAWARE

To:  Superior Court of the State of Delaware in and for

Sussex County:

**GREETINGS:**

WHEREAS, in the case of:

STATE OF DELAWARE
VS.
Cr. ID No. 0002004173
DANIEL R. COUSINS

a certain judgment or order was entered on the 25th day of November, 2003 which reference is hereby made; and

**WHEREAS,** by appropriate proceedings the judgment or order was duly appealed to this Court, and after <u>consideration has been finally determined</u>, as appears from the opinion or order of this Court filed on May 13, 2004, a certified copy of which is attached hereto;

**ON CONSIDERATION WHEREOF IT IS ORDERED AND ADJUDGED** that the matter be and it is hereby affirmed.

SIGNED, SEALED AND ATTESTED BY:

_____
Cathy L. Howard
Clerk of the Supreme Court

Issued: June 1, 2004
Supreme Court No. 593,2003

State of Delaware     }
                      } ss.
Kent County           }

I, Cathy L. Howard, Clerk of the Supreme Court of the State of Delaware, do hereby certify that the foregoing is a true and correct copy of the Order dated May 13, 2004, in *Daniel R. Cousins v. State of Delaware,* No. 593, 2003, as the same remains on file and of record in said Court.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this First day of June A.D. 2004.

*/s/ Cathy L. Howard*
Cathy L. Howard
Clerk of the Supreme Court