IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL R. COUSINS, | : | |
| | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 05-212-JJF |
| | : | |
| THOMAS L. CARROLL, | : | |
| Warden, | : | |
| and CARL C. DANBERG, | : | |
| Attorney General | : | |
| of the State of | : | |
| Delaware, | : | |
| | : | |
|     Respondents. | : | |

**O R D E R**

At Wilmington, this 19 day of May, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Daniel R. Cousin's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2; D.I. 3.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                                                 _/s/ Joseph J. Farnan, Jr._
                                                                                   UNITED STATES DISTRICT JUDGE