OFFICE OF THE CLERK

MARCIA M. WALDRON          UNITED STATES COURT OF APPEALS          TELEPHONE

CLERK                               FOR THE THIRD CIRCUIT                 215-597-2995
                                 21400 UNITED STATES COURTHOUSE
                                        601 MARKET STREET
                                   PHILADELPHIA 19106-1790

                                                                  June 5, 2006

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

                              Re:  Cousins v. Carroll, et al
                                   D. Del. No. o5-cv-212-JJF

Dear Mr. Dalleo:

        Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third
Circuit Local Appellate Rules, we are forwarding the attached notice of appeal which
was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate
Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was
postmarked June 3, 2006 and should be docketed as of that date.**

        This document is being forwarded solely to protect the litigant's right to appeal as
required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local
Appellate Rules.  Upon receipt of the document, kindly process it according to your
Court's normal procedures.  If your office has already received the same document,
please disregard the enclosed copy to prevent duplication.

        Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of
appeal must be filed with the Clerk of the District Court.  This Court may not act on an
appeal until the notice has been docketed in the District Court and certified to this Court
by the District Court Clerk.

        Thank you for your assistance in this matter.

                                        Very truly yours,

                                        Marcia M. Waldron, Clerk

                                        By:  /s/ Bradford A. Baldus
                                             Bradford A. Baldus
                                             Senior Legal Advisor to the Clerk

Enclosure
cc:  Daniel R. Cousins SBI# 425626 (w/out enclosure)

Daniel R. Cousins
SBI# 425626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977