Dear Clerk,

I requested the address of your court from the law library sent out the day after I recieved the decision of the District Court on 5-25-06. They (the law library) finally recieved my request on May 30 and sent a response on 6-2-06. So as you can see I am sending this notice at my earliest chance and will file the application of and for Certificate of Appeal and form Pauperus. forms along with Appeal information also at first possible opportunity. Thank you for the time and consideration in this matter.

Signed,

Daniel Cousins



Daniel R Cousins #425626 )
   Appellant, Pro Se )
      v. )
Thomas Carroll, Warden )
   and )
Carl C. Danberg A.G. of State of Delaware, )
   Respondants )
)

RECEIVED JUN -5 [...] U.S.C.A. 3rd. CIR

## Notice of Appeal

This is to inform the court of Appeals for the 3rd Circuit that the Appellant is in the process of obtaining the necessary paperwork to file an appeal of a decision rendered by the District Court for the State of Delaware in case number Civ. Act. No. 05-212-JJF on May 19, 2006 but was not recieved by Petitioner until May 25, 2006. The Appellant intends to show that indeed his petition was filed in a timely manner in accordance with applicable rules but also was viable due to an interest of justice as it did not conform to U.S. Constitutional laws, Rules, and Statutes, and the appellant has repeatedly attempted to gain adequate relief in accordance with prior precident case laws ruled upon by the U.S. Supreme Court and the 3rd Circuit Court of Appeals. The Appellant is also attempting to gain the paperwork required to file in forma Pauperis which the appellant intends to file as soon as possible and probably accompanying the application and attached motion of Appeal/Appendix. The Appellant wishes to take this time to thank the Court and it's clerks for thier time and consideration and looks forward to working with said persons to facilitate a just appeals process as prescribed by Constitutional Set Standards and prior judicial decisions for rights protections. The appellant wishes to hear from the clerks of the court as to docketing prescriptions.

Signed,
Daniel R Cousins
Daniel R Cousins #425626
1181 Paddock Rd  Bldg 19 A-U-3
Smyrna, Delaware  19977

I/M D. Cousins
SBI# 425626    UNIT 19-A-U-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of the Court of Appeals of 3rd Cir.
601 Market St
Philadelphia Pa

19106

"Legal Mail"

19106+1723