DLD-52                                                             November 16, 2006
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **06-2989**

DANIEL R. COUSINS

  VS

THOMAS CARROLL, ET AL.

  (D. DEL. CIV. NO. 05-CV-00212))

Present:     BARRY, AMBRO AND FISHER, CIRCUIT JUDGES

  Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

  in the above-captioned case.

                                         Respectfully,


                                         Clerk

MMW/EMC/zm/lwc

_____ORDER_____

**The foregoing request for a certificate of appealability is denied, as jurists of reason could not debate that the District Court properly denied Appellant's § 2254 habeas petition as untimely filed.  28 U.S.C.§ 2244(d)(1)(A).  As the District Court explained, statutory tolling cannot save Appellant's petition from dismissal, and Appellant has not shown circumstances that would warrant equitable tolling.  28 U.S.C. § 2244(d)(2); Miller v. New Jersey State Dep't of Corr., 145 F.3d 616, 618 (3d Cir. 1998).**

                                         By the Court,

                                         **/s/ Maryanne Trump Barry**
                                         Circuit Judge

Dated:  December 14, 2006
CLC\cc: Mr. Daniel R. Cousins                    Thomas E. Brown, Esq.